

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00822-CV

**WILLIAMSBURG CARE COMPANY L.P.** d/b/a Princeton Place Rehabilitation and
Healthcare,
Appellant

v.

Sylvia **SOTO**, Individually and as Representative of the Estate of Narcisa Dimas, Deceased,
Ruby Buentello, Individually and as Representative of the Estate of Manuel Riojas Munoz,
Deceased, and Adela Barboza, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05792
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the parties' Agreed, Joint Motion to
Reinstate, to Lift Stay, and to Dismiss Appeal is GRANTED. This appeal is REINSTATED on the
docket of this court. This court's December 9, 2013 Order staying trial court proceedings in Trial
Court No. 2013-CI-05792 is LIFTED, and this appeal is DISMISSED. Costs of appeal are taxed
against Appellant Williamsburg Care Company L.P. d/b/a Princeton Place Rehabilitation and
Healthcare.

SIGNED July 29, 2015.

_____
Karen Angelini, Justice